IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAEL CANAAN, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 2:23-cv-02107-WSH |
| CARNEGIE MELLON UNIVERSITY, | |
| Defendant. | |

**AFFIDAVIT OF BRYCE L. FRIEDMAN**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Bryce L. Friedman, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff Yael Canaan in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Bryce L. Friedman, being duly sworn, do hereby depose and say as follows:

1. I am a Partner of the law firm of Simpson Thacher & Bartlett LLP.

2. My business address is 425 Lexington Avenue, New York, NY 10017.

3. I am a member in good standing of the bars for the State of New York, the United States Supreme Court, the United States Courts of Appeal for the Second, Third, Fourth, Fifth, Sixth, Eleventh, and District of Columbia Circuits, the United States District Courts for the Eastern, Southern and Western District of New York, and the Eastern District of Michigan.

4. My bar identification numbers are 2904035 (State of New York), 314243 (United States Supreme Court), 64029 (United States Courts of Appeal for the District of Columbia Circuit), 10-206999 (United States Courts of Appeal for the Second Circuit), 2904035 (United

States Courts of Appeal for the Sixth Circuit), BF9108 (Eastern District of New York), BF9108 (Southern District of New York), 2904035 (Western District of New York).

5. A current certificate of good standing from the Appellate Division of the Supreme Court of the State of New York First Judicial Department is attached as Exhibit 1.

6. I have no current or previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter. I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: December 15, 2023                                            /s/ *Bryce L. Friedman*

# EXHIBIT 1



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

---

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Bryce Leigh Friedman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 15, 1998**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of New York on December 5, 2023.*

*Clerk of the Court*

CertID-00149706



# Supreme Court of the State of New York
## Appellate Division, First Department

| | |
|---|---|
| **DIANNE T. RENWICK**<br>PRESIDING JUSTICE | **MARGARET SOWAH**<br>DEPUTY CLERK OF THE COURT |
| **SUSANNA MOLINA ROJAS**<br>CLERK OF THE COURT | **DOUGLAS C. SULLIVAN**<br>DEPUTY CLERK OF THE COURT |

To Whom It May Concern

  An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

  An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

  New York State does not register attorneys as active or inactive.

  An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

  Bar examination history is available from the New York State Board of Law Examiners.

  Instructions, forms and links are available on this Court's website.

*Susanna Rojas*
Susanna Rojas
Clerk of the Court

Revised October 2020