### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YAEL CANAAN,                                )    CIVIL ACTION
                                            )
                      Plaintiff,            )
                                            )
                                            )    No. 2:23-cv-02107-WSH __
           v.                               )
                                            )
CARNEGIE MELLON UNIVERSITY,                 )
                                            )
                      Defendant.            )
                                            )

### MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL H. TORKIN

Michael H. Torkin, undersigned counsel for Plaintiff Yael Canaan, hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff Yael Canaan in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Michael H. Torkin filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: December 15, 2023              /s/ *Michael H. Torkin*
                                      Michael H. Torkin
                                      Simpson Thacher & Bartlett LLP
                                      425 Lexington Avenue
                                      New York, NY 10017
                                      Phone: 212-455-2000
                                      *Counsel for Plaintiff Yael Canaan*