IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAEL CANAAN, | ) | CIVIL ACTION |
| Plaintiff, | ) ) ) | |
| | ) | No. 2:23-cv-02107-WSH |
| v. | ) ) | |
| CARNEGIE MELLON UNIVERSITY, | ) ) | |
| Defendant. | ) ) | |

## ORDER OF COURT

AND NOW, this _____ day of December, 2023, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Motion for Admission Pro Hac Vice of Michael H. Torkin is **GRANTED**, and Michael H. Torkin is hereby admitted to practice pro hac vice in the above captioned case.

BY THE COURT:

_____
United States District Court Judge