**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YAEL CANAAN, | ) CIVIL ACTION |
| Plaintiff, | ) |
| v. | ) No. 2:23-cv-02107-WSH |
| CARNEGIE MELLON UNIVERSITY, | ) |
| Defendant. | ) |

**ORDER OF COURT**

AND NOW, this _____ day of December, 2023, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Motion for Admission Pro Hac Vice of Zachary J. Weiner is **GRANTED**, and Zachary J. Weiner is hereby admitted to practice pro hac vice in the above captioned case.

BY THE COURT:

_____
United States District Court Judge