**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YAEL CANAAN, ) | CIVIL ACTION |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:23-cv-02107-WSH |
| v. ) | |
| ) | |
| CARNEGIE MELLON UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF COURT**

AND NOW, this _____ day of December, 2023, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Motion for Admission Pro Hac Vice of Alexander C. Rabinowitz is **GRANTED**, and Alexander C. Rabinowitz is hereby admitted to practice pro hac vice in the above captioned case.

BY THE COURT:

_____
United States District Court Judge