IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAEL CANAAN, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:23-cv-02107-WSH__ |
| v. | ) | |
| | ) | |
| CARNEGIE MELLON UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR ADMISSION PRO HAC VICE OF ZIPORAH REICH

Ziporah Reich, undersigned counsel for Plaintiff Yael Canaan, hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff Yael Canaan in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Ziporah Reich filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: December 15, 2023

/s/ *Ziporah Reich*
Ziporah Reich
Director of Litigation
The Lawfair Project
633 Third Avenue, 21st Floor
New York, NY 10017
Phone: 212-339-6995
*Counsel for Plaintiff Yael Canaan*