IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAEL CANAAN, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:23-cv-02107-WSH |
| v. | ) | |
| | ) | |
| CARNEGIE MELLON UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AFFIDAVIT OF ZIPORAH REICH**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Ziporah Reich, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff Yael Canaan in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Ziporah Reich, being duly sworn, do hereby depose and say as follows:

1. I am the Director of Litigation for the Lawfare Project.

2. My business address is 633 Third Avenue, 21st Floor, New York, NY 10017.

3. I am a member in good standing of the bar of the State of New York.

4. My bar identification number is 3979630.

5. A current certificate of good standing from the Appellate Division of the Supreme Court of the State of New York First Judicial Department is attached as Exhibit 1.

6. I have no current or previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

7.      I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.      I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9.      Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter. I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: December 15, 2023                                              /s/ *Ziporah Reich*

# EXHIBIT 1



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Darrell M. Joseph, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Ziporah Reich

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 25, 2001**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on November 22, 2023.

*Acting Clerk of the Court*

CertID-00148092



**Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300**

HECTOR D. LASALLE
Presiding Justice

DARRELL M. JOSEPH
Acting Clerk of the Court

KENNETH BAND
Deputy Clerks

MELISSA KRAKOWSKI
WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
Associate Deputy Clerks

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*[signature]*

Darrell M. Joseph
Acting Clerk of the Court

Revised August 2023