# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAEL CANAAN, | ) |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| v. | ) 23-cv-02107-WSH |
| CARNEGIE MELLON UNIVERSITY, | ) |
| Defendant. | ) |

I, Zachary Weiner, of New York, New York hereby state as follows:

1. I am over 18 years old and not a party to the above captioned action.

2. On December 18, 2023, I served a copy of the Notice (ECF #8) and Order (ECF #9) that were filed in the above captioned action via electronic mail on:

> Joshua W. B. Richards
> SAUL EWING LLP
> Philadelphia, PA
> Joshua.Richards@saul.com
> Attorney for Defendant

3. Mr. Richards agreed to accept service of these papers through electronic service.

Executed on December 26, 2023      /s/ Zachary Weiner
at New York, NY      Zachary Weiner