# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

YAEL CANAAN )
)
) Civil Action No. 2:23-CV-02107-WSH
)
vs. ) or
CARNEGIE MELLON UNIVERSITY )
) Criminal Action No. _____
)

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for CARNEGIE MELLON UNIVERSITY _____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

FEBRUARY 13, 2024 _____          /S/ JOHN PAUL REGAN _____

Date                                                          Signature of Attorney or Litigant