## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAEL CANAAN, | ) Civil Action No. 2:23-cv-02107-WSH |
| Plaintiff, | ) |
| v. | ) |
| CARNEGIE MELLON UNIVERSITY, | ) |
| Defendant. | ) |

## **MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Carnegie Mellon University, by and through counsel, moves to dismiss the Complaint filed by Plaintiff Yael Canaan (Doc. No. 1) for the reasons stated in the accompanying Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, Defendant Carnegie Mellon University respectfully requests that this Court grant its motion and dismiss the Complaint with prejudice.

Respectfully submitted,

Dated: February 13, 2024

*/s/ John Paul Regan*
John Paul Regan (Pa. I.D. 320664)
Saul Ewing LLP
One PPG Place, Suite 3010
Pittsburgh, PA  15222
Telephone:  (412) 209-2500
E-mail:  JP.Regan@saul.com

        Joshua W. B. Richards (Pa. I.D. 204315*)
        Patrick F. Nugent (Pa. I.D. 313979*)
*Admission Pending
        Saul Ewing LLP
        1500 Market Street, 30th Floor
        Philadelphia, PA  19102
        Telephone:  (215) 972-7737 / (215) 972-7134
        E-mail: Joshua.Richards@saul.com
        E-mail: Patrick.Nugent@saul.com

*Counsel for Defendant Carnegie Mellon University*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Courts for the United States District Court for the Western District of Pennsylvania by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: February 13, 2024                                             */s/ John Paul Regan*