**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| YAEL CANAAN, | ) | Civil Action No. 2:23-cv-02107-WSH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CARNEGIE MELLON UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF MEET AND CONFER**

Undersigned counsel certify that the parties have, in good faith, met and conferred on February 8, 2024, in an attempt to reach agreement on the issues raised by this Motion to Dismiss, as required by this Court's Practices and Procedures. The parties did not reach agreement, and Plaintiff intends to oppose Defendant's motion and file a response in opposition.

Respectfully submitted,

Dated: February 13, 2024

*/s/ John Paul Regan*
John Paul Regan (Pa. I.D. 320664)
Saul Ewing LLP
One PPG Place, Suite 3010
Pittsburgh, PA 15222
Telephone: (412) 209-2500
E-mail: JP.Regan@saul.com

        Joshua W. B. Richards (Pa. I.D. 204315*)
        Patrick F. Nugent (Pa. I.D. 313979*)
*Admission Pending*
Saul Ewing LLP
1500 Market Street, 30th Floor
Philadelphia, PA  19102
Telephone:  (215) 972-7737 / (215) 972-7134
E-mail: Joshua.Richards@saul.com
E-mail: Patrick.Nugent@saul.com

*Counsel for Defendant Carnegie Mellon University*