**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| YAEL CANAAN, | ) | Civil Action No. 2:23-cv-02107-WSH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CARNEGIE MELLON UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this ____ of _____, 2024, upon consideration of the Motion of Defendant Carnegie Mellon University to Dismiss the Complaint of Plaintiff Yael Canaan, and any response thereto and reply, it is hereby ORDERED that said Motion is GRANTED. The Complaint is hereby dismissed with prejudice.

**BY THE COURT:**

_____
W. Scott Hardy
United States District Judge