# EXHIBIT INDEX

EXHIBIT 1 – *Office for Institutional Equity & Title IX, Resource Guide & Information*, CARNEGIE MELLON UNIVERSITY

EXHIBIT 2 – *Procedures for Alleged Violations of the Statement of Assurance*, CARNEGIE MELLON UNIVERSITY

EXHIBIT 3 – *Sexual Misconduct Policy*, § III "Prohibited Conduct," CARNEGIE MELLON UNIVERSITY

EXHIBIT 4 – Danah Abdulla, *A Platform for Third World Solidarity: The Popular Front for the Liberation of Palestine Bulletin*, THE FUNAMBULIST (Feb. 28, 2019)

EXHIBIT 5 – Aamer Ibraheem, *Emptying the Jawlan, Constructing the Apartheid*, THE FUNAMBULIST (Nov. 3, 2017)

EXHIBIT 6 – Steven Salaita, *Languages of Colonialism and Resistance in Palestine*, THE FUNAMBULIST (Apr. 8, 2022)

EXHIBIT 7 – *Sexual Misconduct Policy*, § IX.8 "Retaliation," CARNEGIE MELLON UNIVERSITY