# EXHIBIT 1

# Carnegie Mellon University

# Office for Institutional Equity and Title IX

## RESOURCE GUIDE & INFORMATION

*What is Title IX?*
*What is sexual misconduct?*
*How do I make a report?*
*What support and resources are available?*
*What should I do if I have been impacted or accused of misconduct?*

**Email:** institutionalequity@cmu.edu
**Phone**:  (412) 268-7125
**Website** : https://www.cmu.edu/title-ix
**Office**: 4615 Forbes Ave, Suite 330

**Sexual Misconduct Policy (Interim):**  This Policy is intended to: (1) prevent, eliminate and remedy the effects of Prohibited Conduct; (2) foster an environment where all individuals are well-informed and supported in reporting Prohibited Conduct; and (3) provide a prompt, fair and impartial process for all parties once the university is made aware of possible Prohibited Conduct. While these principles are clear and straightforward, the detailed procedures set forth in this Policy are necessary to assure that these matters are handled in an impartial, thoughtful and thorough manner, consistent with the university's dedication to the integrity of its process.

*Updated: February 2023*

# How the University Responds to Reports

When the University receives a report of sexual misconduct or other types of discrimination, the Office for Institutional Equity and Title IX will:

**Report** ......... review and document the report

⬇

**Response** ......... attempt to contact the impacted party to offer support, resources and information about options

⬇

**Resolution** ......... in general, follow the impacted party's wishes about next steps, including if the University takes any action, such as notifying the party accused of misconduct and whether to investigate the concerns

Learn about **how to report** concerns to the University.

Learn more about the types of **support available** to you and **resources** available to you both at the University and in the community.

Learn more about your **options for resolution** – including not pursuing any resolution at all.

You choose what happens next. In very limited circumstances, the University may be required to take additional steps to protect the campus community. For example, the University may need to investigate if there are multiple reports of similar conduct against one individual. Additionally, if there is a crime reported to have occurred on or near campus that represents a possible threat to the community, University Police may need to send out a "timely warning" to the community; the warning will not include identifying information about the impacted party.

2

# Ways to Make a Report

Call Us @ **(412) 268-7125**

Send Us an Email:

**institutionalequity@cmu.edu**

In person:

**4615 Forbes Ave | Suite 330**

Report Anonymously @ **844-587-0793** or

**cmu.ethicspoint.com**

## WHAT'S THE DIFFERENCE BETWEEN MAKING A REPORT AND A FORMAL COMPLAINT?

The Office accepts reports of prohibited conduct from anyone at any time. A report is information provided to the Office regarding one or more incidents of prohibited conduct. Whether the person making the report decides to pursue an investigation or other resolution, or to not take any further action, is ultimately up to their own discretion.

A Formal Complaint is a signed, written or typed document, requesting that the University initiate a formal investigation into the alleged prohibited misconduct.

# Supportive Measures

Supportive measures are available to all parties regardless of whether a person chooses to pursue an investigation, alternative resolution, a formal resolution, or chooses not to pursue any further process.

## Examples of Supportive Measures

- Academic support services and accommodations;
- Academic schedule modifications (typically to separate parties);
- Work schedule or job assignment modifications (for university employment);
- Changes in on-campus work or university housing location;
- On-campus counseling services and/or assistance in connecting to community-based counseling services;
- Assistance in connecting to community-based medical services;
- No contact agreements (agreements between parties to stop communication or other interaction with one another);
- Temporarily limiting an individual's access to certain university facilities or activities;
- Information about and/or assistance with obtaining personal protection orders;
- Leaves of absences;
- Increased monitoring and security of certain areas of the campus;
- When appropriate, escort/transportation assistance; or
- A combination of any of these measures.



# Options for Resolution

The impacted party has the option to choose a resolution consistent with their wishes, unless there is an overriding community interest. The Office is available to provide support and resources to all parties involved, regardless of the desired resolution.

## No Resolution
Simply share a concern and access support and resources. The University will not take any further action.

## Formal Resolution @ the University
Filing a formal complaint triggers a University investigation to determine whether policies have been violated and what the appropriate outcomes would be. Disciplinary or punitive outcomes can only be imposed against a member of the University community through the formal complaint process.

## Alternative Resolution @ the University
Agreement reached through agreement between the parties involved and does not involve the formal investigation and hearing process. Some examples of alternative resolution may include providing educational interventions or experiences for the respondent, implementing a no contact agreement and agreeing upon measures to reduce possible interactions, and/or providing training for a group.

## External Options
In addition to (or instead of) University resolution, individuals who have experienced prohibited conduct at Carnegie Mellon University may pursue resolution options outside of the University's process. This may involve seeking criminal or civil remedies, such as filing a police report, a complaint in a civil court, or applying for a Protection from Abuse Order.

# Important Definitions of Prohibited Conduct

### SEXUAL ASSAULT

means a physical, sexual act directed against another person without their Consent, including instances where the victim is incapable of giving Consent. Sexual Assault can occur between two individuals of the same or different sexes and/or genders. This includes a range of acts from unwanted groping, fondling, and/or penetration.

### DATING / DOMESTIC VIOLENCE

means any abusive behavior, including physical, sexual, emotional, or psychological that occurs within a romantic or intimate relationship, regardless of the duration of the relationship or the gender or sexual orientation of the individuals involved. It can include abuse by a current or former spouse or intimate partner, a person with whom the victim shares a child in common, or a person who is cohabiting or has cohabited with the victim as a spouse or intimate partner. In addition, it can also encompass abuse by any other person against an adult or youth victim who is protected under the domestic or family violence laws of the jurisdiction

### SEXUAL EXPLOITATION

means intentionally or knowingly taking sexual advantage of another person or violating the sexual privacy of another when Consent is not present. This includes, but is not limited to, the following actions (including when they are done via electronic means, methods or devices):

- engaging in sexual voyeurism including observing or permitting others to witness or observe the sexual or intimate activity (e.g., disrobing, bathing, toileting) of another person without that person's Consent;
- engaging in indecent exposure, or exposing intimate parts (including genitalia, groin, breasts and/or buttocks), or causing another to expose intimate parts when Consent is not present;
- recording or distributing information, images or recordings of any person engaged in sexual or intimate activity in a private space without that person's Consent;
- prostituting another individual;
- causing Incapacitation of another person (through alcohol, drugs or other means) for the purpose of compromising that person's ability to give Consent to non-consensual sexual activity; or
- actively aiding or assisting another person in committing an act of Prohibited Conduct.

### STALKING

means engaging in a course of conduct directed at a specific person that would cause a Reasonable Person to fear for their safety or the safety of others or suffer substantial emotional distress.

**For full definitions regarding prohibited conduct, please see the University's Sexual Misconduct Policy**

# Important Definitions of Prohibited Conduct

## CONSENT

means a knowing and voluntary agreement to engage in sexual activity at the time of the activity. In order to be valid, consent must be knowing, voluntary, active, present and ongoing. Consent should be demonstrated through mutually understandable words or actions.

## RETALIATION

means an adverse (negative) action taken against a person for making a good faith report of Prohibited Conduct, being alleged to have committed Prohibited Conduct, participating, or refusing to participate, in any proceeding under this Policy.  Examples may include: threats, harassment, poor grade(s) or evaluation(s), and/or discipline.

## SEXUAL HARASSMENT

means any unwelcome conduct or cues of a sexual nature, whether verbal/aural (sounds), visual/graphic (e.g. pictures and videos), physical, or otherwise, when:
- Submission to such conduct is made, either explicitly or implicitly, a term or condition of a person's employment, education, living environment, or participation in any University Program or Activity (commonly known as Quid Pro Quo);
- Submission to or rejection of such conduct by an individual is used as the basis for or a factor in decisions affecting that individual's employment, education, living environment, or participation in a University Program or Activity (commonly known as Quid Pro Quo); and/or
- Such conduct creates a hostile environment. A hostile environment exists when the unwelcome conduct of a sexual nature is sufficiently severe, persistent, or pervasive that it unreasonably interferes with an individual's participation in a university program or activity or creates an intimidating, hostile, offensive, or abusive environment for that individual's participation in a University Program or Activity (commonly known as Hostile Environment).

This definition addresses intentional conduct. It also includes conduct that results in negative effects even though such negative effects were unintended. Unwelcome conduct of a sexual nature constitutes Sexual Harassment if a Reasonable Person would consider it sufficiently severe, persistent, or pervasive as to interfere unreasonably with academic, other educational, or employment performance or participation in a university activity or living environment.

**For full definitions regarding prohibited conduct, please see the University's Sexual Misconduct Policy**

## I have been impacted by sexual misconduct...

Get to a safe place. Contact a friend, family member, University Police, your RA or Housefellow, or someone else you trust.

In an emergency or if you are in immediate danger, call 911 or University Police at 412-268-2323.

Consider seeking medical attention after an assault. University Police can escort you to a local hospital.

Preserve physical evidence of assault. Avoid showering, douching, or changing clothes or bedding before you seek medical attention. Take photos of injuries or ask someone else to.

Save and/or keep a record of unwanted contacts, including texts, emails, social media messaging, phone calls, voice messages, gifts, notes, letters and in-person contacts.

Trust your instincts. If something doesn't feel right – tell someone.

Consider contacting our Office at (412) 268-7125 to learn about supportive measures, and options for investigation and possible resolution.

## Tips & strategies to help someone affected by sexual misconduct ...

Listen.

Don't try to "fix" everything.

Validate their concerns.

Tell your friend that what happened was not their fault.

Ask how you can help. Examples might include offering to walk the friend to UHS or CaPS, or helping to contact our Office or University Police.

Respect your friend's privacy.  Only share information with people who need to know in order to help your friend.

Don't promise not to tell anyone. You might need to tell someone to get your friend the help they need.

Don't minimize the friend's experience; avoid saying things like "everything will be alright" or "it could have been worse."

Don't ask "why" questions, which might make your friend feel like they are being blamed for what happened.

# On Campus Resources

**In addition to our Office, the following resources are available to undergraduates, graduates, faculty and staff.**
*Confidential reporting resource: individual information will not be shared with IEX.

**Center for Student Diversity and Inclusion**
[Undergraduate & Graduate Students]
Offers resources for an inclusive and transformative experience for all students. The Center supports and connects historically underrepresented students and those who are first in their family to attend college in a setting where students' differences and talents are appreciated and reinforced. Offers students support through academic and cultural programming as well as advising and mentoring.
(412) 268-2150
csdi@andrew.cmu.edu | www.cmu.edu/student-diversity

**Office of Disability Resources**
[Undergraduate & Graduate Students]
Provides resources and accommodations to individuals with documented disabilities.
(412) 268-6121
access@andrew.cmu.edu
www.cmu.edu/education-office/disability-resources

**University Police Department**
Emergency response, security, investigation and arrest, and escort to local hospitals. Offers education and programming including R.A.D. and S.A.F.E. courses.
(412) 268-2323 | www.cmu.edu/police

**Counseling and Psychological Services (CaPS)***
[Undergraduate & Graduate Students]
Free counseling for students, referrals to community mental health providers, and 24-hour crisis hotline.
(412) 268-2922 | https://www.cmu.edu/counseling/

**Employee Assistance Program (EAP)***
[Faculty & Staff]
Confidential limited mental health counseling and referrals to other resources; available at no cost to employees and their household members.
1-844-744-1370
https://www.cmu.edu/hr/work-life/support/eap/index.html

**University Health Services***
[Undergraduate & Graduate Students]
General health and wellness services, STI testing, pregnancy testing, birth control, and emergency contraception. Offers education and programming including bystander intervention and healthy relationships.
(412) 268-2157
www.cmu.edu/health-services

9

# Off Campus Resources

In addition to our Office, the following resources are available to undergraduates, graduates, faculty and staff.

*Confidential reporting resource: individual information will not be shared with IEX.

## Cyber Civil Rights Initiative (CCRI)

Offers services and support to combat online abuses that threaten civil rights and civil liberties. The CCRI 24/7 Crisis Helpline provides information, guidance related to image documentation and removal, referrals to attorneys, and emotional support to victims of nonconsensual pornography, recorded sexual assault and sextortion.
1-844-878-2274 | https://www.cybercivilrights.org/

## Persad Center

Human service organization whose mission is to improve the well-being of LGBTQ & HIV/AIDS communities. Provides outreach, prevention, counseling, training and advocacy services.
(412) 441-9786 | https://persadcenter.org/

## resolve Crisis Services

A 24-hour, 365-day crisis service that can be used by all residents of Allegheny County. Services include crisis counseling and support, referrals and intervention services for adults, teens, and their loved ones.
24-hour Help 1-888-796-8226
Walk-In Center @ 333 N. Braddock Ave, Pgh, PA 15208
For Info & non-urgent matters: resolve@upmc.edu | (412) 864-5004

## Center for Victims*

Counseling, resources, support, emergency housing, medical and legal advocacy, and a 24-hour crisis hotline for survivors of sexual & relationship violence.
1-866-644-2882 | www.centerforvictims.org/

## UPMC Magee Hospital & UPMC Mercy Hospital*

Local hospitals that provide sexual assault medical examinations and medical care.  If this is an emergency, call 911 | www.upmc.com

## Pittsburgh Action Against Rape (PAAR)*

Counseling, resources, support, medical and legal advocacy, and a 24-hour crisis hotline for survivors of sexual violence.
1-866-363-7273 | http://paar.net/

## Women's Center and Shelter of Greater Pittsburgh*

Counseling, resources, support, emergency housing, medical and legal advocacy, and a 24-hour crisis hotline for survivors of relationship violence (including men).
Call (412) 687-8005 | text (412) 744-8445 | http://www.wcspittsburgh.org/

# FAQ

**1. What do I do if I'm not sure I'm reporting a Title IX issue?  What do I do if I'm not sure which office to report misconduct to?**
- The IEX Office handles allegations of sexual misconduct. If you believe the incident you are reporting is a form of sexual misconduct, you can call us at (412) 268-7125, use our online incident report form, or email InstitutionalEquity@cmu.edu.  If you are not sure whether the incident is sexual misconduct, please contact the IEX Office for assistance.

**2.  What are my options if I have experienced sexual misconduct?**
- Reporting an allegation of sexual misconduct is your choice. You may submit a report directly to the IEX Office. You may speak with a faculty or staff member, who will then submit an incident report on your behalf. You may speak with a confidential resource, who is not required to disclose sexual misconduct. Finally, if you are seeking a criminal process instead of a CMU process, you may report to local law enforcement.

**3.  What can I do if I know someone has experienced sexual misconduct?**
- If you are a Responsible Employee Reporter (see Sexual Misconduct Policy: Sect. VIII), you are required to immediately disclose the incident of sexual misconduct, including all details you know, to the IEX Office. If you are not a Responsible Employee, it is your decision as to whether you report. If you would like to submit an incident report, please use our online reporting form.

**4.  Who can I speak with that won't report my experience to CMU?**
- Reference the On-Campus and Off-Campus resources listed (page 9-10) for options to share your experience.

**5.  Can I remain anonymous if I report sexual misconduct?**
- Responsible Employees cannot submit an anonymous report to the IEX Office (see question 6 below). All other individuals can make an anonymous incident report of sexual misconduct using CMU's online reporting form (EthicsPoint). CMU's ability to respond and investigate an anonymous incident report may be limited with respect to the collection of evidence and provision of supportive measures.

**6.  I am a CMU employee, and another member of the CMU community shared with me that they have experienced sexual misconduct.  What do I do next?**
- CMU defines Responsible Employees under two categories:  (1) University Administrators & Supervisors; and (2) Employees in certain designated positions and units or departments.
- A  Responsible Employee is required to promptly share all relevant information about the alleged Prohibited Conduct, of which they are aware, with the Title IX Coordinator. Relevant information includes (to the extent known): Name(s) of Complainant(s); Name(s) of Respondent(s); Details about the nature of the alleged prohibited conduct; and any information available about location(s), date(s), and/or time(s).



# FAQ

**7. I am concerned about my safety.  What can I do to get help?**
- People who have experienced sexual misconduct may have concerns about their physical and emotional safety.  In an emergency situation, the CMU Police Department is available to you.
- The IEX Office can assist you with arrangements in a non-emergency.

**8. Can I move residence hall rooms or be excused from a course if I have experienced sexual misconduct?**
- Supportive measures are available to all members of the CMU community affected by sexual misconduct. The IEX Office works with community members to determine what their needs are and help implement those resources. Please see supportive measures (page 4) and contact the IEX Office for more information.

**9. What can I do if I know someone has experienced sexual misconduct?**
- If you are a Responsible Employee Reporter (see Sexual Misconduct Policy: Sect. VIII), you are required to immediately disclose the incident of Sexual Misconduct, including all details you know, to the IEX Office. If you are not a Responsible Employee, it is your decision as to whether you report. If you would like to submit an incident report, please use our online reporting form.

**10.  How will I know if I am the subject of a Title IX investigation?**
- If you are the subject of a Title IX investigation, a member of the IEX Office will reach out to you and invite you to come in for a meeting to discuss the process and receive information on supportive measures. If you receive such an invitation or have reason to believe you may be the subject of an investigation, it's important to take the matter seriously and comply with any requests from the IEX Office. You may also have questions or concerns about the process, and you are encouraged to contact the IEX Office at InstitutionalEquity@cmu.edu for assistance.

**11.  What does the Title IX process involve?**
- The Title IX process aims to equitably resolve allegations of sexual misconduct for both parties. To assure fairness, there is a defined process used for every case, which generally includes an informational meeting, an investigation stage, a hearing stage, and a determination regarding responsibility including sanctions, as appropriate.  Please refer to Reporting (page 3).

**12.  Will the person I am reporting be notified immediately?**
- The IEX Office will not notify the person you are reporting, until you have submitted a Formal Complaint and/or requested that we begin the formal investigation process. The initial incident report form is not a Formal Complaint and will not cause the reported person to be notified or cause an investigation to begin.

**The Office for Institutional Equity & Title IX is dedicated to promoting  equity at Carnegie Mellon University, which includes coordinating the University's efforts to prevent and effectively respond to all forms of discrimination, sexual harassment and sexual misconduct impacting community members.**
**Our office supports all community members, including undergraduate and graduate students, staff, and faculty. We provide information and support; explain options for investigation and resolution; and coordinate**
**supportive measures, including no contact agreements, academic, residential, and employment assistance. We also provide education, training, and other prevention programs.**

**Elizabeth Rosemeyer**
AVP for for Diversity, Equity & Inclusion
Title IX Coordinator
[erosemey@andrew.cmu.edu]

**Anjali Nair**
Title IX & Community Standards Investigator
[amnair@andrew.cmu.edu]

**Cynthia Cooke**
Title IX & Civil Rights Investigator
[ccooke2@andrew.cmu.edu]

**Stephanie Shea**
Case Manager
[sshea@andrew.cmu.edu]

**Susie Walker**
Case Administrator
[susiew@andrew.cmu.edu]

**Ryan Wilpula**
Assistant Director of Education and Outreach
[rwilpula@andrew.cmu.edu]



To access the IEX webpage and file a report, simply scan the QR code provided.

**Statement of Assurance:** Carnegie Mellon University does not discriminate in admission, employment, or administration of its programs or activities on the basis of race, color, national origin, sex, handicap or disability, age, sexual orientation, gender identity, religion, creed, ancestry, belief, veteran status, or genetic information. Furthermore, Carnegie Mellon University does not discriminate and is required not to discriminate in violation of federal, state, or local laws or executive orders. Inquiries concerning the application of and compliance with this statement should be directed to the Office for Institutional Equity and Title IX, Carnegie Mellon University, 5000 Forbes Avenue, Pittsburgh, PA 15213, (412) 268-7125. Obtain general information about Carnegie Mellon University by calling (412) 268-2000.