# EXHIBIT 3

Carnegie Mellon University

Skip to main content

# University Policies

University Policies › Administrative and Governance › Sexual Misconduct Policy (Interim) › III. Prohibited Conduct

## III. Prohibited Conduct

Prohibited Conduct under this Policy includes the following specifically defined forms of behavior: Sexual Assault, Sexual Exploitation, Sexual Harassment, Stalking, Dating Violence, Domestic Violence, Retaliation, and Violation of Protective Measures. Whether someone has engaged in Prohibited Conduct under this Policy will be assessed under a Reasonable Person standard.

Some Prohibited Conduct, like certain sex based crimes, unwelcome conduct that is sufficiently severe and pervasive, and conduct that conditions an aid or benefit on unwelcome sexual activity, may also constitute Federal Rule Sexual Misconduct.

Some forms of conduct which may be considered inappropriate or unacceptable within the Carnegie Mellon community, such as incivility or bullying, may not meet the definition of Prohibited Conduct under this Policy. However, the university retains discretion to report the conduct to an internal university department or authority such as Human Resources, Office of Community Standards and Integrity, or relevant academic department or dean to determine and implement appropriate responsive action, including review for possible misconduct under other university policies.

## Sexual Misconduct Policy (Interim)

- I. Policy Statement
- II. Jurisdiction
- III. **Prohibited Conduct**
- IV. Reporting
- V. How the University Responds to Reports
- VI. How a Complaint is Resolved
- VII. Additional Information about Reporting
- VIII. Obligations of University Employees
- IX. Definitions

Appendix A: Possible Sanctions and Remedies

Appendix B: Expert Witness Testimony

- Articles of Incorporation
- Bylaws of the University
- Site Map

Carnegie Mellon University
5000 Forbes Avenue
Pittsburgh, PA 15213

© 2024 Carnegie Mellon University