# EXHIBIT 7

**RETALIATION**

means an adverse (negative) action taken against a person for making a good faith report of Prohibited Conduct, being alleged to have committed Prohibited Conduct, participating, or refusing to participate, in any proceeding under this Policy.

- Retaliation may include intimidation, threats, coercion, harassment, or discrimination (including charging a Respondent under a different university policy instead of this Policy for the purpose of interfering with any right or privileged secured by Title IX or its implementing regulations).

- Retaliation may also include adverse employment or educational actions that would discourage a Reasonable Person from engaging in a Protected Activity protected under this Policy.

*A finding of retaliation under this Policy is not dependent on a finding that the underlying sexual misconduct occurred. Retaliation is also prohibited by the university's Policy Against Retaliation.*

*Supportive Measures and other actions taken in accordance with this or other university policies generally do not constitute Retaliation. Similarly, charging an individual with a code of conduct violation for making a materially false statement in bad faith in the course of a grievance proceeding under this Policy does not constitute prohibited Retaliation, provided, however, that a determination regarding responsibility, alone, is not sufficient to conclude that any party made a materially false statement in bad faith. Retaliation also does not include pursuit of civil, criminal, or other legal action, internal or external to the university.*