### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAEL CANAAN,  )  <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARNEGIE MELLON UNIVERSITY, ) <br> ) <br> Defendant. ) | Civil Action No. 2:23-cv-02107-WSH |

### STATEMENT OF SUPPLEMENTAL AUTHORITY

Defendant Carnegie Mellon University (the "University"), by and through counsel, respectfully submits the following Statement of Supplemental Authority in support of its Motion to Dismiss (Doc. No. 19), stating as follows:

1. On August 16, 2024, the United States Court of Appeals for the Third Circuit issued a decision in *McAvoy v. Dickenson College*, No. 23-2939, 2024 WL 3838748 (3d Cir. August 16, 2024). A copy of the Third Circuit's decision in *McAvoy* is attached hereto as **"Exhibit 1"**.

2. The Third Circuit's Opinion in *McAvoy* may provide this Court with additional guidance with respect to the legal standard for "deliberate indifference" in support of the University's Motion to Dismiss.

3. Accordingly, the University respectfully submits this supplemental authority for this Court's consideration.

Respectfully submitted,

Dated: August 19, 2024

*/s/ John Paul Regan*
Joshua W. B. Richards (Pa. I.D. 204315)
Patrick F. Nugent (Pa. I.D. 313979)

-2-

Saul Ewing LLP
1500 Market Street, 30th Floor
Philadelphia, PA  19102
Telephone:  (215) 972-7737 / (215) 972-7134
E-mail: Joshua.Richards@saul.com
E-mail: Patrick.Nugent@saul.com

John Paul Regan (Pa. I.D. 320664)
Saul Ewing LLP
One PPG Place, Suite 3010
Pittsburgh, PA  15222
Telephone:  (412) 209-2500
E-mail:  JP.Regan@saul.com

*Counsel for Defendant Carnegie Mellon University*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Courts for the United States District Court for the Western District of Pennsylvania by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: August 19, 2024                                         */s/ John Paul Regan*