IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAEL CANAAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-2107 |
| | ) | |
| CARNEGIE MELLON UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**HEARING MEMO ON ORAL ARGUMENT**

Before Judge W. Scott Hardy

Appeared for Plaintiff:

Bryce Friedman, Esq.

Ziporah Reich, Esq.

Appeared for Defendant:

Joshua W. B. Richards, Esq.

John P. Regan, Esq.

Hearing begun  8/20/24 at 10:00 a.m.  Hearing adjourned to N/A
Hearing concluded  8/20/24 at 11:48 a.m.  Stenographer  A. Williamson
Clerk: C. Kelso/ L. Petrick

The Court held Oral Argument on Defendant's Motion to Dismiss (Docket No. 19). The Court took said motion under advisement, and deferred ruling on Plaintiff's Motion for Rule 16 Scheduling Conference and Entry of Scheduling Order (Docket No. 31).