IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAEL CANAAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-2107 |
| | ) |
| CARNEGIE MELLON UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 17th day of December 2024, in accordance with the Memorandum Opinion filed this day, IT IS HEREBY ORDERED that:

1. Defendant's Motion to Dismiss (Docket No. 19) is **granted in part** insofar as Plaintiff's IIED Claim is **dismissed without prejudice** to amendment, and **denied in part** with respect to the other claims in Plaintiff's Complaint.

2. If Plaintiff chooses to file an Amended Complaint then she shall do so by **December 31, 2024**. If Plaintiff does not file an Amended Complaint by **December 31, 2024**, then her IIED claim will be dismissed with prejudice.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

Cc/ecf: All counsel of record