IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAEL CANAAN, | ) |
|         Plaintiff, | ) |
| v. | ) Civil Action No. 23-2107 |
| CARNEGIE MELLON UNIVERSITY, | ) |
|         Defendant. | ) |

**HEARING MEMO ON STATUS CONFERENCE**

Before Judge W. Scott Hardy

Appeared for Plaintiff:

Bryce Friedman, Esq.
Ziporah Reich, Esq.

Appeared for Defendant:

Patrick Francis Nugent, Esq.

| | | | |
|---|---|---|---|
| Hearing begun | 3/13/25 at 1:30 p.m. | Hearing adjourned to | N/A |
| Hearing concluded | 3/13/25 at 2:15 p.m. | Stenographer | N/A |
| | | Clerk: | K. Sheets/ C. Kelso |

The Court held a telephonic Status Conference during which it discussed with counsel a discovery dispute concerning a potential confidentiality agreement and issues concerning requests for admissions.