IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAEL CANAAN,<br>　　　　　　　　Plaintiff,<br>vs.<br>CARNEGIE MELLON UNIVERSITY,<br>　　　　　　　　Defendant. | Civil Division<br><br>Civil Action No.: 23-02107<br><br>**The Honorable W. Scott Hardy** |

**MOTION TO WITHDRAW APPEARANCE**

　　　I, Jamie J. Fell, hereby move this Court to withdraw my appearance as attorney of record for Plaintiff Yael Canaan.  Pursuant to Local Civil Rule 83.2(C)(4), Bryce L. Friedman (admitted *pro hac vice)* will remain counsel for Plaintiff in this matter.

        Respectfully submitted,

        SIMPSON THACHER & BARTLETT LLP

        /s/ *Jamie J. Fell*
        Jamie J. Fell
        Jamie.fell@stblaw.com
        425 Lexington Avenue
        New York, NY 10017
        Telephone: (212) 455-2000

Dated: April 25, 2025

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of April, 2025, a true and correct copy of the foregoing Motion to Withdraw Appearance was filed using the Western District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record:

                                              */s/ Jamie J. Fell*
                                              Jamie J. Fell