IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAEL CANAAN, | ) Civil Action No. 2:23-cv-02107-WSH |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARNEGIE MELLON UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SESSION

Defendant Carnegie Mellon University, as directed by the Court in its Order Referring Case to Alternative Dispute Resolution (Doc. No. 54), hereby submits this Notice of Alternative Dispute Resolution Session. A mediation session is scheduled in the above-captioned matter with the Honorable Lisa Lenihan (Ret.) for December 3, 2025 at 10:00 a.m.

Respectfully,

Dated: August 19, 2025

*/s/ John Paul Regan*
Joshua W. B. Richards (Pa. I.D. 204315)
Patrick F. Nugent (Pa. I.D. 313979)
Saul Ewing LLP
1500 Market Street, 30th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7737 / (215) 972-7134
E-mail: Joshua.Richards@saul.com
E-mail: Patrick.Nugent@saul.com

John Paul Regan (Pa. I.D. 320664)
Saul Ewing LLP
One PPG Place, Suite 3010
Pittsburgh, PA 15222
Telephone: (412) 209-2500
E-mail: JP.Regan@saul.com

*Counsel for Defendant Carnegie Mellon University*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2025, I served a true and correct copy of the foregoing Notice of Alternative Dispute Resolution Session upon all counsel of record via the Court's ECF/CM electronic filing system.

                                            */s/ John Paul Regan*
                                            John Paul Regan, Esq.