IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAEL CANAAN,<br><br>        Plaintiff,<br><br>vs.<br><br>CARNEGIE MELLON UNIVERSITY,<br><br>        Defendant. | Civil Action No.: 23-02107-WSH |

**ORDER**

AND NOW, this 7th day of November, 2025, upon consideration of Plaintiff's Motion for Leave to Provisionally File Portions of Plaintiff's Memorandum of Law and Exhibits in Support of Motion to Compel Under Seal, and all other materials submitted in support thereof, it is **HEREBY ORDERED** that the Motion is **GRANTED**.

Plaintiff is directed to file a redacted version of Plaintiff's Memorandum of Law in Support of Plaintiff's Motion Pursuant to Rule 37 to Compel Production by Defendant of Motive and Pretext Evidence: Documents and Testimony Concerning its Receipt of $1B from, and Unlawful Direction and Influence of, Qatar, along with attached exhibits not designated as confidential by Defendant, on the public docket.

Plaintiff is further directed to provisionally file under seal with this Court the unredacted version of Plaintiff's Memorandum of Law in Support of Plaintiff's Motion Pursuant to Rule 37 to Compel Production by Defendant of Motive and Pretext Evidence: Documents and Testimony Concerning its Receipt of $1B from, and Unlawful Direction and Influence of, Qatar and Exhibits D and E thereto.

This Order may be vacated and sealing lifted for cause shown upon the motion of any party or other person with a recognized interest, or after due notice by the Court upon the Court's own motion.

/s/ W. Scott Hardy
Hon. W. Scott Hardy
United States District Judge