**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

YAEL CANAAN,                                )        Civil Action No. 2:23-cv-02107-WSH
                                            )
        Plaintiff,                          )
                                            )
  v.                                        )
                                            )
CARNEGIE MELLON UNIVERSITY,                 )
                                            )
        Defendant.                          )

## ORDER

AND NOW, this __2nd__ day of ___December___, 2025, upon consideration of Defendant's Motion for Leave to File Supplemental Authority Related to Defendant's Response in Opposition to Plaintiff's Motion for Leave to File an Amended Complaint, and the Court noting Plaintiff's contention that the supplemental authority is not relevant, it is **HEREBY ORDERED** that said Motion is **GRANTED**.

Defendant is directed to file the Statement of Supplemental Authority attached as Exhibit 1 to Defendant's Motion. No further briefing will be permitted.

 /s/ W. Scott Hardy_____
Hon. W. Scott Hardy
United States District Judge