# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAEL CANAAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-2107 |
| | ) |
| CARNEGIE MELLON UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 5th day of December, 2025, IT IS HEREBY ORDERED that Plaintiff's Motion to Compel (Docket No. 99) is GRANTED in part and DENIED in part in accordance with this Court's Memorandum Opinion (Docket No. 123).

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record