IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAEL CANAAN, )<br>)<br>Plaintiff, )<br>) | Civil Action No. 2:23-cv-02107-WSH |
| v. )<br>) | |
| CARNEGIE MELLON UNIVERSITY, )<br>) | |
| Defendant. ) | |

**JOINT REPORT REGARDING REDACTIONS OF MEMORANDUM OPINION**

Plaintiff Yael Canaan and Defendant Carnegie Mellon University ("CMU"), by and through their undersigned counsel, as ordered by this Court in its Order Inviting Requests for Redactions of Memorandum Opinion (Doc. No. 125), hereby file the following Joint Report Regarding Redactions of Memorandum Opinion, stating as follows:

1. On December 5, 2025, this Court issued provisionally under seal an Order (Doc. No. 124) and Memorandum Opinion (Doc. No. 123) granting in part and denying in part Plaintiff's Motion to Compel (Doc. No. 99).

2. On that same day, this Court also issued an Order Inviting Requests for Redactions of Memorandum Opinion, directing the parties to confer and file under seal a joint report indicating whether the Court's Memorandum Opinion (Doc. No. 123) should remain under seal in any respect.

3. Pursuant to this Court's Order, the parties conferred and agree that no portion of the Court's Memorandum Opinion needs to remain under seal.

4. The parties also agree that no portion of the parties' briefing on the Motion to Compel (Doc. Nos. 99, 100, 101, 109, 110 and 114, and all exhibits thereto) needs to remain under seal.

5.     Notwithstanding the above, the University reserves its right to seek sealing or redaction of future filings, as necessary or as required by the Stipulated Order Regarding Confidentiality of Documents and Discover Material (Doc. No. 80) entered in the above-captioned matter, and the parties intend the provisions set forth in the Stipulated Order Regarding Confidentiality of Documents and Discovery Material to remain in full force and effect.

<div style="display: flex;">
<div>

Dated: December 31, 2025

/s/ *Sarah Phillips*
Bryce L. Friedman (NY I.D. 2904035)
Sarah Phillips (NY I.D. 4788121)
Sawyer Dean (NY I.D. 5936299)
Kate Rogers (NY I.D. 6108757)
Theodore Gruer (NY I.D. 6109060)
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3903
Telephone: (212) 455-2235
E-mail: bfriedman@stblaw.com
E-mail: sarah.phillips@stblaw.com
E-mail: sawyer.dean@stblaw.com
E-mail: kate.rogers@stblaw.com
E-mail: theodore.gruer@stblaw.com

Ziporah Reich (NY I.D. 3979630)
The Lawfare Project
633 Third Avenue, 21st Floor
New York, NY 10017
Telephone: (212) 339-6995
E-mail: Ziporah@theLawfareProject.org

*Counsel for Plaintiff Yael Canaan*

</div>
<div>

Respectfully submitted,

/s/ *John Paul Regan*
John Paul Regan (Pa. I.D. 320664)
Saul Ewing LLP
One PPG Place, Suite 3010
Pittsburgh, PA 15222
Telephone: (412) 209-2500
E-mail: JP.Regan@saul.com

Joshua W.B. Richards (Pa. I.D. 204315)
Patrick F. Nugent (Pa. I.D. 313979)
Saul Ewing LLP
1735 Market Street, Suite 3400
Philadelphia, PA 19103
Telephone: (215) 972-7737 / (215) 972-7134
E-mail: Joshua.Richards@saul.com
E-mail: Patrick.Nugent@saul.com

*Counsel for Defendant Carnegie Mellon University*

</div>
</div>