IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAEL CANAAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-2107 |
| | ) |
| CARNEGIE MELLON UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**HEARING MEMO ON STATUS CONFERENCE**

Before Judge W. Scott Hardy

| Appeared for Plaintiff: | Appeared for Defendant: |
|---|---|
| Ziporah Reich, Esq. | John P. Regan, Esq. |
| Bryce Friedman, Esq. | |
| Theodore I Gruer, Esq. | |

| | | | |
|---|---|---|---|
| Hearing begun | 1/6/26 at 11:30 a.m. | Hearing adjourned to | N/A |
| Hearing concluded | 1/6/26 at 11:45 a.m. | Stenographer | M. Moore |
| | | Clerk: | K. Sheets/ T. Skehan |

The Court held a status conference during which it discussed the status of the case. The parties noted that they remain in discussions with Judge Lisa Lenihan (Ret.). The Defendant is to have discovery in accordance with the Court's Order substantially completed by late January or early February.