IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YAEL CANAAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-2107 |
| | ) |
| CARNEGIE MELLON UNIVERSITY, | ) |
| | ) |
|     Defendant. | ) |

**HEARING MEMO ON STATUS CONFERENCE**

Before Judge W. Scott Hardy

Appeared for Plaintiff:

Ziporah Reich, Esq.
Sarah Phillips, Esq.
Theodore I Gruer, Esq.

Appeared for Defendant:

John P. Regan, Esq.

Hearing begun        2/20/26 at 11:00 a.m.        Hearing adjourned to  N/A
Hearing concluded    2/20/26 at 11:44 a.m.        Stenographer  M. Moore
                                                  Clerk: T. Skehan/ L. Petrick

The Court held a telephonic status conference with counsel and discussed a FERPA Objection to discovery production of an unredacted name and contact information. The Court discussed the process for adjudication of said objection. Counsel shall follow the instructions as identified by the Court on the call.