**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YAEL CANAAN, | ) |
| | ) |
| Plaintiff, | ) |
| | )   Civil Action No. 2:23-cv-02107-WSH |
| v. | ) |
| | ) |
| CARNEGIE MELLON UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## JOINT NOTICE OF RECEIPT OF FINAL TRANSCRIPTS

Pursuant to this Court's Order, dated May 21, 2026 (Dkt. No. 152), Plaintiff Yael Canaan and Defendant Carnegie Mellon University, by and through their undersigned counsel, hereby notify this Court that as of June 3, 2026, both parties have received the final transcripts from Plaintiff's deposition of Carnegie Mellon University pursuant to Fed. R. Civ. P. 30(b)(6).

The parties will meet and confer as directed by the Court no later than June 10, 2026.

Dated: June 5, 2026

/s/ *Bryce L. Friedman*
Bryce L. Friedman (NY I.D. 2904035)
Sarah Phillips (NY I.D. 4788121)
Kate Rogers (NY I.D. 6108757)
Theodore Gruer (NY I.D. 6109060)
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3903
Telephone: (212) 455-2235
E-mail: bfriedman@stblaw.com
E-mail: sarah.phillips@stblaw.com
E-mail: kate.rogers@stblaw.com
E-mail: theodore.gruer@stblaw.com

Ziporah Reich (NY I.D. 3979630)
The Lawfare Project
633 Third Avenue, 21st Floor
New York, NY 10017
Telephone: (212) 339-6995
E-mail: Ziporah@theLawfareProject.org

*Counsel for Plaintiff Yael Canaan*

/s/ *John Paul Regan*
John Paul Regan (Pa. I.D. 320664)
Saul Ewing LLP
One PPG Place, Suite 3010
Pittsburgh, PA 15222
Telephone: (412) 209-2500
E-mail: JP.Regan@saul.com

Joshua W.B. Richards (Pa. I.D. 204315)
Patrick F. Nugent (Pa. I.D. 313979)
Saul Ewing LLP
1735 Market Street, Suite 3400
Philadelphia, PA 19103
Telephone: (215) 972-7737 / (215) 972-7134
E-mail: Joshua.Richards@saul.com
E-mail: Patrick.Nugent@saul.com

*Counsel for Defendant Carnegie Mellon University*