**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YAEL CANAAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 23-2107 |
| | ) |
| CARNEGIE MELLON UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

AND NOW, this 16th day of June, 2026, IT IS HEREBY ORDERED as follows:

1. Plaintiff shall provide to Defendant, with specificity and particularity, a proposed order addressing the alleged deficiencies of Defendant's discovery production regarding the Court's December 5, 2025 Order and proposed remedies regarding same by **<u>June 30, 2026</u>**. Defendant shall respond to Plaintiff's proposed order by **<u>July 14, 2026</u>**.

2. The parties shall confer meaningfully and in good faith by **<u>July 28, 2026</u>**.

3. If the disputes are not resolved in their entirety, Plaintiff is granted leave to file, by **<u>August 4, 2026</u>**, a Motion to Enforce the Court's Order dated December 5, 2025, which shall include a particularized proposed order for the Court's consideration, as well as a brief in support limited to **<u>5 pages</u>**. Defendant shall file a response by **<u>August 11, 2026</u>**, which shall also include a particularized proposed Order for the Court's consideration, as well as a brief in support limited to **<u>5 pages</u>**. The Court will adopt, in its view, the more reasonable proposed order without modification.

*<u>s/ W. Scott Hardy</u>*
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record