**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| YAEL CANAAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:23-cv-02107-WSH |
| | ) | |
| v. | ) | |
| | ) | |
| CARNEGIE MELLON UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO ENFORCE
THE COURT'S ORDER DATED DECEMBER 5, 2025**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, and for the reasons set forth

in the accompanying Memorandum of Law, Plaintiff Yael Canaan hereby respectfully moves

this Court to grant her motion in its entirety and enter an order enforcing the Court's Order dated

December 5, 2025 substantially in the form of the proposed order accompanying this motion.

Dated: August 4, 2026

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

*/s/ Bryce L. Friedman*
Bryce L. Friedman (NY I.D. 2904035)
Sarah Phillips (NY I.D. 4788121)
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3903
Telephone: (212) 455-2235
E-mail: bfriedman@stblaw.com
E-mail: sarah.phillips@stblaw.com

THE LAWFARE PROJECT
Ziporah Reich (NY I.D. 3979630)
The Lawfare Project
633 Third Avenue, 21st Floor
New York, NY 10017
Telephone: (212) 339-6995

*Counsel for Plaintiff Yael Canaan*